**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

United States District Court

SEP 20 2018

for the

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

Board of Education
Posen – Robbins School District 143.5 — Adversary:
   Plaintiff                                     18-762
                                                 Case # 18B 13674

Pamela D. Strain (Pro Se)                       Court Date 10/18/18
   Defendant

## Answer to Adversary

10. Beacon Hill Preparatory Academy was a corporation. The plaintiff is not liable for said debt as an individual.

22. ① Plaintiff disputes the allegations that items were taken from the school as listed on the inventory. ② Plaintiff has proof that contents of the school were removed from the school prior to occupancy. ③ Plaintiff called the police about a break-in reported by staff from Posen-Robbins. ④ Plaintiff notified the attorney in 2015 by certified mail that the information was false regarding items removed from the school. ⑤ An inventory list was not provided or included in the lease of property remaining at the school, because there was no need.
6. The Lessor allowed plaintiff to keep items they deemed "too old and would throw away" if the school did not want. Dumpsters of items were discarded and all other items the district did not want were moved to other locations.

7. Plaintiff was not allowed back into the building to retreive over $40,000 worth of Commercial Appliances.

8. Plaintiff never abandoned the building and planned to use the school for our infant program. We moved our K-5 program.

9. Plaintiff did not attend court because of ~~certain~~ emotional issues due to early stage breast cancer in 2012 - 2013.

Date: 9/20/18

Pamela D. S[signature]
Pro Se Attorney

Pamela D. Strain
Pro Se Attorney

20471 Bluestem Pkwy
Lynwood, IL 60411
Address

708-362-8544
Telephone Number